UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL S. GRANT,

          Plaintiff,

    v.

WHITE, et al.,

          Defendants.

No.  2:25-cv-01935-EFB (PC)

ORDER

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  He seeks an extension of time to file an amended complaint.  ECF No. 15

The motion is GRANTED, and plaintiff shall file the amended complaint on or before April 30, 2026.

So ordered.

DATED: March 26, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1